NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

## IN RE ROGER YOUMAN AND MARNEY MORRIS

---

2011-1136
(Serial No. 09/313,532)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The appellants Morris move without opposition to stay proceedings in this appeal pending the court's disposition in *In re Mostafazadeh*, 2010-1260.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The appellants' opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

**FEB 1 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Laurence S. Rogers, Esq.
    Raymond T. Chen, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 4 2011

JAN HORBALY
CLERK